■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES BLACK, Appellant. [865 NYS2d 588]—Judgment, Supreme Court, New York County (Charles H. Solomon, J.), rendered on or about October 23, 2007, unanimously affirmed. No opinion. Order filed. Concur—Lippman, P.J., Andrias, Saxe, Sweeny and DeGrasse JJ.